

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-10-00016-CR

## IN RE JAMES J. ZARYCHTA, JR.

_____

## Original Proceeding

## MEMORANDUM OPINION

The petition for writ of mandamus is dismissed.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Reyna, and
        Justice Davis
Petition dismissed
Opinion delivered and filed February 24, 2010
Do not publish
[OT06]